Joseph Beumeler and LaurieAnn Shoemaker
29862 Emmett Rd.
Caldwell, Idaho 83607

(208) 573-3604
LAShoemaker.z@gmail.com

# THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re: _____JLJ Farms, LLC_____, <br> Debtor <br><br> **Plaintiffs:** <br><br> LaurieAnn Shoemaker <br> Joseph E. Beumeler <br><br> **Defendants, as listed within three 'Defendant Groups':** <br><br> <u>'Idaho Bankruptcy Court' Defendant Group</u> <br> The Honorable Noah G. Hillen <br> Gary Rainsdon, Trustee <br><br> <u>'Zions' Defendant Group</u> <br> Zions Bancorporation, N.A. f/k/a ZB, N.A. dba Zions First <br>                National Bank <br> Zions Bank <br> Clint Nef <br> SAG Intermountain <br> David H. Leigh <br> Michael D. Mayfield <br> RAY QUINNEY & NEBEKER P.C. <br><br> <u>'Idaho Bankruptcy Debtor Lawyers' Defendant Group</u> <br> Patrick Geile <br> Foley Freeman PLLC <br> D. Blair Clark <br> Law Offices of D. Blair Clark P.C. | **Case No.:** 20-00713-NG <br> **Chapter:** 12 <br><br><br><br><br><br><br><br><br><br><br><br> **Adv. Proc. No.:** 21-06002-NGH |

SUMMONS – 1                                                                                         (based on form 'B2500A (Form 2500A) (12/15)')

# SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk: U.S. Bankruptcy Court District of Idaho

Boise Office
550 W. Fort Street
Suite 400
Boise ID 83724

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:

Plaintiffs are each pro se:

Joseph Beumeler

29862 Emmett Rd.

Caldwell, ID 83607

LaurieAnn Shoemaker

29862 Emmett Rd.

Caldwell, ID 83607

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

  Stephen W. Kenyon  (Clerk of the Bankruptcy Court)

Date: 01/27/2021                                                              (Deputy Clerk)



United States Courts
District of Idaho
**ISSUED**
*Andrea Rutter*
*on Jan 27, 2021 4:08 pm*

SUMMONS – 2                                                    00A (Form 2500A) (12/15)'