# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF IDAHO

| | |
|---|---|
| IN RE:<br><br>**JLJ FARMS, LLC,**<br><br>　　Debtor. | Case No. 20-00713-NGH |
| **JOSEPH E BEUMELER and LAURIEANN SHOEMAKER,**<br><br>　　Plaintiffs,<br><br>v.<br><br>**NOAH G. HILLEN; GARY L. RAINSDON; ZIONS BANCORPORATION, N.A.; ZIONS BANK; CLINT NEF; SAG INTERMOUNTAIN; DAVID H LEIGH; MICHAEL D MAYFIELD; RAY QUINNEY & NEBEKER P.C.; PATRICK JOHN GEILE; FOLEY FREEMAN PLLC; D BLAIR CLARK; and LAW OFFICES OF D BLAIR CLARK PC,**<br><br>　　Defendants. | Adv. No. 21-06002-NGH |

## ORDER OF RECUSAL AND REASSIGNMENT

ORDER - 1

Pursuant to 28 U.S.C. § 455(b)(5), on the Court's own motion, and not on the motion of any party, the undersigned bankruptcy judge hereby recuses himself from presiding over the above adversary proceeding, Adv. No. 21-06002-NGH.  Moreover,

IT IS HEREBY ORDERED that this adversary proceeding is assigned to the Honorable Benjamin Hursh, United States Bankruptcy Judge, sitting through temporary transfer in Idaho based on the Ninth Circuit Judicial Counsel Order signed November 13, 2020.

DATED:  February 2, 2021

_____
NOAH G. HILLEN
U.S. Bankruptcy Judge

ORDER - 2