Joseph Beumeler and LaurieAnn Shoemaker
29862 Emmett Rd.
Caldwell, Idaho 83607

(208) 573-3604
LAShoemaker.z@gmail.com

# THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re: _____JLJ Farms, LLC_____, <br> Debtor | **Case No.:** 20-00713-NG <br> **Chapter:** 12 |
| **Plaintiffs:** <br><br> LaurieAnn Shoemaker <br> Joseph E. Beumeler <br><br> **Defendants, as listed within three 'Defendant Groups':** <br><br> <u>'Idaho Bankruptcy Court' Defendant Group</u> <br> The Honorable Noah G. Hillen <br> Gary Rainsdon, Trustee <br><br> <u>'Zions' Defendant Group</u> <br> Zions Bancorporation, N.A. f/k/a ZB, N.A. dba Zions First National Bank <br> Zions Bank <br> Clint Nef <br> SAG Intermountain <br> David H. Leigh <br> Michael D. Mayfield <br> RAY QUINNEY & NEBEKER P.C. <br><br> <u>'Idaho Bankruptcy Debtor Lawyers' Defendant Group</u> <br> Patrick Geile <br> Foley Freeman PLLC <br> D. Blair Clark <br> Law Offices of D. Blair Clark P.C. | **Adv. Proc. No.:** 21-06002-NGH |

SUMMONS – 1                (based on form 'B2500A (Form 2500A) (12/15)')

# SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

  Address of the clerk: U.S. Bankruptcy Court District of Idaho

           Boise Office
           550 W. Fort Street
           Suite 400
           Boise ID 83724

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

  Name and Address of Plaintiff's Attorney:

    Plaintiffs are each pro se:

      Joseph Beumeler
      29862 Emmett Rd.
      Caldwell, ID 83607

      LaurieAnn Shoemaker
      29862 Emmett Rd.
      Caldwell, ID 83607

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

      __Stephen W. Kenyon_____ (Clerk of the Bankruptcy Court)

Date: _01/27/2021_____  _____(Deputy Clerk)

**United States Courts
District of Idaho
ISSUED
Andrea Rutter
on Jan 27, 2021 4:08 pm**

SUMMONS – 2                    00A (Form 2500A) (12/15)')

## CERTIFICATE OF SERVICE

I/We,   Joseph E. Beumeler and LaurieAnn Shoemaker                                        (name(s)), certify that service of this summons and a copy of the complaint was made (date) by:

- ☒ Mail service: Certified, first class United States mail, postage fully pre-paid, addressed to:

    **Patrick Geile**
    **FOLEY FREEMAN, PLLC**
    **953 S. Industry Way**
    **P.O. Box 10**
    **Meridian, ID 83680**

- ☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

- ☐ Residence Service: By leaving the process with the following adult at:

- ☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

- ☐ Publication: The defendant was served as follows: [Describe briefly]

- ☐ State Law: The defendant was served pursuant to the laws of the State of , as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date   01/28/2021            Signature   _[signed] Joseph E. Beumeler_

Date   01/28/2021            Signature   _[signed] LaurieAnn B. Shoemaker_

Print Name:     Joseph E. Beumeler and LaurieAnn Shoemaker

Address:    29862 Emmett Rd., Caldwell, ID 83607

SUMMONS - 3