Paul C. Burke, Esq. (Idaho Bar No. 8328)
David H. Leigh, Esq. (Idaho Bar No. 7734)
Michael D. Mayfield, Esq. (Idaho Bar No. 7857)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, 14th Floor
P.O. Box 45385
Salt Lake City, Utah  84145-0385
Telephone:  (801) 532-1500
Facsimile:  (801) 532-7543
E-mail:  pburke@rqn.com
         dleigh@rqn.com
         mmayfield@rqn.com

Attorneys for the Zions Defendant Group

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re: <br><br> JLJ FARMS, LLC <br><br> Debtor. <br> _____ <br><br> **LAURIEANN SHOEMAKER**, an individual, and **JOSEPH E. BEUMELER**, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> **THE HONORABLE NOAH G. HILLEN**, an individual, **ZIONS BANCORPORATION, N.A., F/K/A ZB, N.A., D/B/A ZIONS FIRST NATIONAL BANK**, a National Banking Association; **SAG INTERMOUNTAIN**, a division of Zions Bancorporation, N.A.; **CLINT NEF**, an individual; **DAVID H. LEIGH**, an individual; **MICHAEL D. MAYFIELD**, an individual, **RAY QUINNEY** | Bankruptcy No. 20-00713-BPH <br><br> Chapter 12 <br> _____ <br><br><br><br><br> **ADV. PRO. NO. 21-06002-BPH** |

| | |
|---|---|
| **& NEBEKER P.C.**, a Utah professional corporation; **PATRICK GEILE**, an individual, **FOLEY FREEMAN PLLC**, an Idaho professional limited liability company; **D. BLAIR CLARK**, an individual; and **LAW OFFICES OF D. BLAIR CLARK P.C.**, an Idaho professional corporation,<br><br>                Defendants. | |

## NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR NOTICE AND NOTICE OF INTENT TO DEFEND

**PLEASE TAKE NOTICE** that Paul C. Burke, Michael D. Mayfield, and David H. Leigh of the law firm of Ray Quinney & Nebeker, P.C. ("RQN") hereby enter their appearance as counsel of record for and on behalf of defendants Zions Bancorporation, N.A. f/k/a ZB, N.A. d/b/a Zions First National Bank and SAG Intermountain[1] (together, "Zions Bank"), Ray Quinney & Nebeker P.C. ("RQN"), David H. Leigh, Michael, D. Mayfield, and Clint Nef (collectively, the "Zions Defendant Group")[2] in the above-captioned adversary proceeding (the "Lawsuit"), request that their names be included on the master mailing list in the Lawsuit, and further request that notice of all hearings or actions in this case, along with copies of any and all motions, documents, or other papers filed by any other party in this case including, but not limited to, Plaintiff's LaurieAnn Shoemaker and Joseph Beumeler (together, "Plaintiffs"), be sent to the following:

[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]

---

[1] SAG Intermountain is a department of Zions Bank and not a separate entity.

[2] See, A*dversary Complaint*, dated January 27, 2021 [Docket No. 1] and *Amendments to Complaint Including Remove Trustee Gary Rainsdon From Defendants, Serious Complaints of Escalating Frequency and Degrees of Unlawfulness and Harm to Debtor and Plaintiffs, and more,* dated February 25, 2021 [Docket No. 21]

Paul C. Burke, Esq.
Michael D. Mayfield, Esq.
David H. Leigh, Esq.
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, 14th Floor
Salt Lake City, Utah  84145-0385
Telephone:  (801) 532-1500
Facsimile:  (801) 532-7543
E-mail: pburke@rqn.com
mmayfield@rqn.com
dleigh@rqn.com

**PLEASE TAKE FURTHER NOTICE** that the Zions Defendant Group intends to defend against the claims asserted by Plaintiffs in the Lawsuit.

**PLEASE TAKE FURTHER NOTICE** that on February 25, 2021, Plaintiffs filed and purportedly served their *Amendment to Complaints Including Remove Trustee Gary Rainsdon from Defendants, Serious Complaints of Escalating Frequency and Degrees of Unlawfulness and Harms to Debtor and Plaintiffs, and More* (the "Complaint Amendments),[3] which amends Plaintiffs'A*dversary Complaint*, dated January 27, 2021 (the "Original Complaint" and, together with the Complaint Amendments, the "Amended Complaint").[4]  Pursuant to Rule 7015 of the Federal Rules of Bankruptcy Procedure and Rule 15(a)(3) of the Federal Rules of Civil Procedure, the Zions Defendant Group hereby provides notice of their intent to file an answer or other response to the Amended Complaint on or before March 11, 2021, which is 14 days following service of the Complaint Amendments on the Zions Defendant Group.

DATED this 25th day of February, 2021.

RAY QUINNEY & NEBEKER P.C.

 /s/ David H. Leigh
Paul C. Burke
David H. Leigh
Michael D. Mayfield
*Common Counsel for The Zions Defendant Group*

---

[3] See, Docket No. 21.
[4] See, id., at Docket No. 1.

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of February, 2021, I caused a true and correct copy of the foregoing to be served on the following by depositing a copy of the same in the United States mail, first-class postage prepaid, addressed as follows:

LaurieAnn Shoemaker
Joseph Beumeler
29862 Emmett Rd.
Caldwell, Idaho 83607

/s/ Suzanne Williams