Brian K. Julian - ISB No. 2360
Anne S. Magnelli - ISB No. 9452
ANDERSON, JULIAN & HULL LLP
C. W. Moore Plaza
250 South Fifth Street, Suite 700
Post Office Box 7426
Boise, Idaho 83707-7426
Telephone:    (208) 344-5800
Facsimile:    (208) 344-5510
E-Mail:    bjulian@ajhlaw.com
    amagnelli@ajhlaw.com
    service@ajhlaw.com

Attorneys for Defendant,
GARY RAINSDON, TRUSTEE

THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LAURIEANN SHOEMAKER, individually, JOSEPH E. BEUMELER, individually, and JLJ FARMS, LLC, a limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>defendants, as listed within three 'Defendant Groups'<br><br><u>'Idaho Bankruptcy Court' Defendant Group</u><br>The Honorable Noh G. Hillen<br>Gary Rainsdon, Trustee<br><br><u>'Zions' Defendant Group</u><br>Zions Bancorporation, N.A. f/k/a ZB, N.A. dba<br>Zions First National Bank<br>Zions Bank<br>Clint Nef<br>SAG Intermountain<br>David H Leigh<br>Michael D. Mayfield<br>Ray Quinney & Nebeker, P.C.<br><br><u>'Idaho Bankruptcy Debtor Lawyers' Defendant Group</u><br>Patrick Geile | Bankruptcy Case No. 20-00713-NG<br>Adv. Proc. No.: 21-06002-NGH<br><br>**DEFENDANT, GARY RAINSDON, TRUSTEE'S, MOTION TO DISMISS** |

**DEFENDANT, GARY RAINSDON, TRUSTEE'S, MOTION TO DISMISS - 1**

> Foley Freeman PLLC
> D. Blair Clark
> Law Offices of D. Blair Clark P.C.
>
> Defendants.

COMES NOW, DEFENDANT, GARY RAINSDON, TRUSTEE, by and through his undersigned counsel, Anderson, Julian & Hull LLP, and moves this Court for entry of an Order of dismissing the Adversary Complaint (DE #1) on the basis of Fed. R. Civ. P. 12(b)(1), (2), and (6) and on the basis that Gary Rainsdon, as Trustee is immune from suit or liability to the Debtors/Plaintiffs on the basis of derived judicial immunity/quasi-judicial immunity.

In addition, Plaintiffs/Debtors have indicated and acknowledged that Trustee Gary Rainsdon should not be a party to this adversary proceeding.

Defendant Rainsdon's Motion to Dismiss is supported by a Memorandum in Support of Defendant's Motion to Dismiss filed concurrently herewith.

DATED this 26th day of February, 2021.

ANDERSON, JULIAN & HULL LLP

By /s/ Brian K. Julian
Brian K. Julian, Of the Firm
Anne S. Magnelli, of the Firm
Attorneys for Defendant Gary Rainsdon, Trustee

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of February, 2021, I served a true and correct copy of the foregoing **DEFENDANT, GARY RAINSDON, TRUSTEE'S, MOTION TO DISMISS** by delivering the same to each of the following attorneys of record, by the method indicated below, addressed as follows:

| Joseph Beumeler and LaurieAnn Shoemaker | | |
|---|---|---|
| 29862 Emmett Road | ☐ | U.S. Mail, postage prepaid |
| Caldwell, Idaho 83607 | ☐ | Hand-Delivered |
| T: (208) 573-3604 | ☐ | Overnight Mail |
| E: LAShoemaker.z@gmail.com | ☒ | E-Mail |
| *Pro Se Plaintiffs* | ☒ | ECF/e-File |

**DEFENDANT, GARY RAINSDON, TRUSTEE'S, MOTION TO DISMISS - 2**

| Recipient | Method |
|---|---|
| Honorable Noah G. Hill<br>U.S. District & Bankruptcy Courthouse<br>Boise Office<br>550 W. Fort Street, Suite 400<br>Boise, Idaho 83724<br>*Defendant* | ☒ U.S. Mail, postage prepaid<br>☐ Hand-Delivered<br>☐ Overnight Mail<br>☐ E-Mail<br>☒ ECF/e-File |
| U.S. Trustee<br>720 Park Blvd. Suite 220<br>Boise, Idaho 83712<br>*Defendant* | ☒ U.S. Mail, postage prepaid<br>☐ Hand-Delivered<br>☐ Overnight Mail<br>☐ E-Mail<br>☒ ECF/e-File |
| Clint Nef<br>SAG Intermountain<br>1 South Main Street, Suite #1400<br>Salt Lake City, Utah 84133-1109<br>*Defendant* | ☒ U.S. Mail, postage prepaid<br>☐ Hand-Delivered<br>☐ Overnight Mail<br>☐ E-Mail<br>☒ ECF/e-File |
| SAG Intermountain<br>1 South Main Street, Suite # 1400 Salt Lake City. Utah 84133-1109<br>*Defendant* | ☒ U.S. Mail, postage prepaid<br>☐ Hand-Delivered<br>☐ Overnight Mail<br>☐ E-Mail<br>☒ ECF/e-File |
| Zions Bank<br>2460 S. 3270<br>West Salt Lake City, UT 84119<br>*Defendant* | ☒ U.S. Mail, postage prepaid<br>☐ Hand-Delivered<br>☐ Overnight Mail<br>☐ E-Mail<br>☒ ECF/e-File |
| Zions First National Bank<br>150 S Fort Ln<br>Layton, UT 84041-4320<br>*Defendant* | ☒ U.S. Mail, postage prepaid<br>☐ Hand-Delivered<br>☐ Overnight Mail<br>☐ E-Mail<br>☒ ECF/e-File |
| Zions Bancorporation, N.A.<br>1 S. Main Street<br>Salt Lake City, Utah 84133<br>*Defendant* | ☒ U.S. Mail, postage prepaid<br>☐ Hand-Delivered<br>☐ Overnight Mail<br>☐ E-Mail<br>☒ ECF/e-File |
| David H. Leigh<br>RAY QUINNEY & NEBEKER<br>36 South State Street, Suite 1400<br>P.O. Box 45385<br>Salt Lake City, Utah 84145-0385<br>*Defendant* | ☒ U.S. Mail, postage prepaid<br>☐ Hand-Delivered<br>☐ Overnight Mail<br>☐ E-Mail<br>☒ ECF/e-File |

**DEFENDANT, GARY RAINSDON, TRUSTEE'S, MOTION TO DISMISS - 3**

| | | |
|---|---|---|
| Michael D. Mayfield<br>RAY QUINNEY & NEBEKER<br>36 South State Street, Suite 1400<br>P.O. Box 45385<br>Salt Lake City, Utah 84145-0385<br>*Defendant* | ☒<br>☐<br>☐<br>☐<br>☒ | U.S. Mail, postage prepaid<br>Hand-Delivered<br>Overnight Mail<br>E-Mail<br>ECF/e-File |
| RAY QUINNEY & NEBEKER<br>36 South State Street, Suite 1400<br>P.O. Box 45385<br>Salt Lake City, Utah 84145-0385<br>*Defendant* | ☒<br>☐<br>☐<br>☐<br>☒ | U.S. Mail, postage prepaid<br>Hand-Delivered<br>Overnight Mail<br>E-Mail<br>ECF/e-File |
| D. Blair Clark<br>LAW OFFICES OF D. BLAIR CLARK PC<br>967 E. Parkcenter Blvd., #282<br>Boise, ID 83706<br>*Defendant* | ☒<br>☐<br>☐<br>☐<br>☒ | U.S. Mail, postage prepaid<br>Hand-Delivered<br>Overnight Mail<br>E-Mail<br>ECF/e-File |
| LAW OFFICES OF D. BLAIR CLARK PC<br>967 E. Parkcenter Blvd., #282<br>Boise, ID 83706<br>*Defendant* | ☒<br>☐<br>☐<br>☐<br>☒ | U.S. Mail, postage prepaid<br>Hand-Delivered<br>Overnight Mail<br>E-Mail<br>ECF/e-File |
| Patrick Geile<br>FOLEY FREEMAN, PLLC<br>953 S. Industry Way<br>P.O. Box 10<br>Meridian, ID 83680<br>*Defendant* | ☒<br>☐<br>☐<br>☐<br>☒ | U.S. Mail, postage prepaid<br>Hand-Delivered<br>Overnight Mail<br>E-Mail<br>ECF/e-File |
| FOLEY FREEMAN PLLC<br>953 S. Industry Way<br>P.O. Box 10<br>Meridian, ID 83680<br>*Defendant* | ☒<br>☐<br>☐<br>☐<br>☒ | U.S. Mail, postage prepaid<br>Hand-Delivered<br>Overnight Mail<br>E-Mail<br>ECF/e-File |

_____
Brian K. Julian

**DEFENDANT, GARY RAINSDON, TRUSTEE'S, MOTION TO DISMISS - 4**