B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court
# for the District of Idaho

In re    JLJ Farms, LLC    ,
        Debtor

**Plaintiffs:**
LaurieAnn Shoemaker
Joseph E. Beumeler

v.

**Defendants, as listed within three 'Defendant Groups':**
**'Idaho Bankruptcy Court' Defendant Group:**
The Honorable Noah G. Hillen
Suzanne Hickok
**'Zions' Defendant Group:**
Zions Bancorporation, N.A. f/k/a ZB, N.A. dba Zions
    First National Bank
Zions Bank
Clint Nef
SAG Intermountain
David H. Leigh
Michael D. Mayfield
RAY QUINNEY & NEBEKER P.C.
**'Idaho Bankruptcy Debtor Lawyers' Defendant Group**
Patrick Geile
Foley Freeman PLLC
D. Blair Clark
Law Offices of D. Blair Clark P.C.

Case No.  20-00713-BPH

Chapter  12

Adv. Proc. No. 21-06002-BPH

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

B2500A (Form 2500A) (12/15)

        Address of the clerk:  US Bankruptcy Court District of Idaho
                                      Boise Office
                                      550 W. Fort Street Suite 400
                                      Boise, ID      83724

At the same time, you must also serve a copy of the motion or answer upon the plaintiffs' attorney(s).

      Name and Address of Plaintiffs's Attorney(s):

          Joseph Beumeler, 29862 Emmett Rd. Caldwell, ID 83607  (pro se)

          LaurieAnn Shoemaker, 29862 Emmett Rd. Caldwell, ID 83607  (pro se)

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.


**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                                            Stephen W. Kenyon
                                          _____ (Clerk of the Bankruptcy Court)

Date: 2/26/2021                                        (Deputy Clerk)

United States Courts
District of Idaho
**ISSUED**
Lynette Parson
on Feb 26, 2021 8:15 am

B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I/We, _(LaurieAnn Shoemaker and Joseph Beumeler), certify that service of this summons and a copy of the complaint was made _____(date) by:

❏    Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

❏    Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❏    Residence Service: By leaving the process with the following adult at:

❏    Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❏    Publication: The defendant was served as follows: [Describe briefly]

❏    State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____        Signature _____

Print Name:        _____

Business Address:        _____